[No. 50097-0-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DEWAYNE FRANCIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09587-7, Steven G. Scott, J., entered January 16, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50397-9-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10911-8, James D. Cayce, J., entered April 4, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50453-3-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent* v. PENNY ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06579-0, Laura Gene Middaugh, J., entered May 10, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50693-5-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. M.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01829-9, Mariane Spearman, J. Pro Tem., entered June 11, 2002. *Affirmed* by unpublished per curiam opinion.